UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

RD Legal Funding LLC, et al.,

Plaintiff(s),

-against-

Eric T. Schneiderman, et al.,

Defendant(s).

---------------------------------x

17 CV 681 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

Counsel shall confer and inform Judge Preska by letter no later than September 27, 2023 of the status of the action/remaining claims/defendants.

SO ORDERED.

Loretta A. Preska

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: 9/21/23

New York, New York